IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLENE K. TERRY,

     Appellant,

v.

BRIAN M. LANDERS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3702

Opinion filed February 20, 2015.

An appeal from an order of the Circuit Court for Alachua County.
James Colaw, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.